An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

BRETT ROSSELLI,
Appellant,
vs.
CASSANDRA ROSSELLI,
Respondent.

No. 66704

**FILED**

FEB 0 9 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

### *ORDER DISMISSING APPEAL AS ABANDONED*

This proper person appeal was docketed in this court on October 16, 2014, without payment of the requisite filing fee. That same day, this court mailed appellant a notice directing appellant to pay the filing fee within ten days. The notice further advised that failure to pay the filing fee within ten days would result in the dismissal of this appeal.

On October 20, 2014, the notice was returned by the United States Postal Service to this court with an advisement that the forwarding time had expired. Accordingly, this court re-mailed the notice to appellant at the address indicated by the postal service on the returned mail. On November 17, 2014, the notice was again returned by the United States Postal Service to this court, with an advisement that it was not deliverable as addressed and that they were unable to forward it.

To date, appellant has not paid the filing fee or otherwise responded to this court's notice regarding the fee. In addition, appellant has not provided this court with a valid mailing address or other contact

SUPREME COURT
OF
NEVADA

(O) 1947A

15-04212

information. Thus, it appears that appellant has abandoned this appeal. Accordingly, we dismiss this appeal as abandoned.

It is so ORDERED.

_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

cc:    Hon. Bridget Robb Peck, District Judge
       Brett Rosselli
       Kathleen T. Breckenridge
       Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A